| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Performance Direct, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FKA  Supergo Corp.** <br> **FKA  The Great Outdoors Imports, Inc.** <br> **FKA  Skitech, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-1319334** |

| | |
|---|---|
| 4. | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **144 Old Lystra Road** <br> **Chapel Hill, NC 27517** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Chatham** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Performance Direct, Inc.**                                           Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        ____4539____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship | _____ |
|--------|--------------------|--------------|--------------|
| District | _____ When _____ | Case number, if known | _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor   **Performance Direct, Inc.**
Name

Case number (*if known*) _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Performance Direct, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 16, 2018**
MM / DD / YYYY

**X** **/s/ Patrick J. Cunnane**
Signature of authorized representative of debtor

**Patrick J. Cunnane**
Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ John A. Northen**
Signature of attorney for debtor

Date **November 16, 2018**
MM / DD / YYYY

**John A. Northen**
Printed name

**Northen Blue, LLP**
Firm name

**PO Box 2208**
**Chapel Hill, NC 27515**
Number, Street, City, State & ZIP Code

Contact phone **919-968-4441**   Email address

**6789 NC**
Bar number and State

Debtor **Performance Direct, Inc.**
Name

Case number *(if known)* _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Advanced Sports Enterprises, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** When **11/16/18** | Case number, if known | |
| Debtor | **Advanced Sports, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** When **11/16/18** | Case number, if known | |
| Debtor | **Bitech, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** When **11/16/18** | Case number, if known | |
| Debtor | **Nashbar Direct, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** When **11/16/18** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **Performance Direct, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2018**     *X* **/s/ Patrick J. Cunnane**
                                        Signature of individual signing on behalf of debtor

                                        **Patrick J. Cunnane**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Performance Direct, Inc.**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF NORTH CAROLINA**</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AARON CORPORATION ATTN:  MANAGING AGENT FRANCISCO "PACO" BALLESTER 1820 E 41ST STREET LOS ANGELES, CA 90058 | | INV | | | | $263,036.15 |
| BLUESKY TECHNOLOGY PARTNERS, I ATTN: MANAGING AGENT 350 WESTFIELD ROAD SUITE 400 NOBLESVILLE, IN 46060 | | MIS | | | | $207,248.25 |
| CASTELLI USA ATTN:  MANAGING AGENT ATTN:GREG COWAN 1723 SW TAYLOR PORTLAND, OR 97205 | | INV | | | | $196,370.00 |
| ELITE ATTN:  MANAGING AGENT VIA FORNACI 4 PADUVA FONTANIVA 35014 ITALY | | INV | | | | $264,459.17 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Performance Direct, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FOX RACING INC. ATTN:  MANAGING AGENT PHIL AMMENDOLIA 18400 SUTTER BLVD MORGAN HILL, CA 95037** | | **INV** | | | | **$149,916.39** |
| **GARMIN INT'L ATTN:  MANAGING AGENT ATTN: JANET MULLEN 1200 E 151ST STREET OLATHE, KS 66062** | | **INV** | | | | **$289,967.15** |
| **GOOGLE INC. ATTN: MANAGING AGENT DEPT. 33654 PO BOX 39000 SAN FRANCISCO, CA 94139** | | **MKT** | | | | **$196,532.79** |
| **HIGHWAY TWO ATTN:  MANAGING AGENT BRETT HAHN ONE COLUMBIA SUITE 200 ALISO VIEJO, CA 92656** | | **INV** | | | | **$472,541.07** |
| **LEZYNE USA INC. ATTN:  MANAGING AGENT MICKI KOZUSCHEK FACTORY: NO 337-1 THI-HU ROAD TAILI COUNTY TAIWAN** | | **INV** | | | | **$197,685.30** |
| **LOUIS GARNEAU USA INC. ATTN:  MANAGING AGENT ATTN: KATHERINE WARD 66 MAIN STREET BOX 755 NEWPORT, VT 05855** | | **INV** | | | | **$204,455.15** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Performance Direct, Inc.**                                    Case number *(if known)*  _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MARIN MOUNTAIN BIKES INC. ATTN: MANAGING AGENT CATHY LICHT 1450 TECHNOLOGY LANE SUITE 100 PETALUMA, CA 94954** | | **INV** | | | | **$253,371.38** |
| **MONDETTA ATTN: MANAGING AGENT ALISA ROMERO 1109 WINNIPEG AVE WINNIPEG MB R3ELS2 CANADA** | | **INV** | | | | **$1,142,764.10** |
| **PEARL IZUMI USA INC. ATTN: MANAGING AGENT JOE BARBARY DBA PEARL IZUMI 1886 PRAIRIE WAY LOUISVILLE, CO 80027** | | **INV** | | | | **$199,680.00** |
| **RAMIKO ATTN: MANAGING AGENT RAY KINTZLEY ROOM C FOURTH FLOOR NO 148 SONG-CHIANG ROAD TAIPEI** | | **INV** | | | | **$1,537,678.66** |
| **SARIS CYCLING GROUP INC. ATTN: MANAGING AGENT 5253 VERONA ROAD MADISON, WI 53711** | | **INV** | | | | **$285,407.07** |
| **TODSON INC. ATTN: MANAGING AGENT LUCY ATTN: NEAL TODRYS P.O. BOX 637 FOXBOROUGH, MA 02035-0637** | | **INV** | | | | **$547,642.10** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Performance Direct, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPS/UPS SCS CHARLOTTE ATTN: MANAGING AGENT P.O. BOX 34486 LOUISVILLE, KY 40232** | | **FRT** | | | | **$1,213,546.59** |
| **VISTA OUTDOOR SALES LLC ATTN: MANAGING AGENT PO BOX 860547 MINNEAPOLIS, MN 55486** | | **INV** | | | | **$1,768,537.08** |
| **VITTORIA INDUSTRIES ATTN: MANAGING AGENT BILL WOODY 1639 WEST SHERIDAN OKLAHOMA CITY, OK 73106** | | **INV** | | | | **$159,189.46** |
| **WAHOO FITNESS INC. ATTN: MANAGING AGENT CHRISTIAN MCGARRIGLE 141 W. WIEUCA RD #B104 ATLANTA, GA 30342** | | **INV** | | | | **$201,624.15** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Performance Direct, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Advanced Sports Enterprises, Inc.**<br>**c/o Patrick J. Cunnane**<br>**144 Old Lystra Road**<br>**Chapel Hill, NC 27517** | | **100** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 16, 2018**

Signature    **/s/ Patrick J. Cunnane**

**Patrick J. Cunnane**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.